IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEFFREY S. EAST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| NORFOLK SOUTHERN ) | Case No. 7:12 CV137 |
| CORPORATION d/b/a ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule 41(a)(1)(ii), Plaintiff Jeffrey S. East dismisses his case without prejudice. This stipulation of dismissal has been signed by all parties who have appeared.

Respectfully Submitted

/s/ E. Stanley Murphy

E. Stanley Murphy (VSB # 3097)
The Moody Law Firm, Inc.
500 Crawford Street, Suite 300
P. O. Box 1138
Portsmouth, Virginia 23705
(757) 393-4093
(757) 397-7257 (fax)

*Counsel for Jeffrey S. East*

NORFOLK SOUTHERN
CORPORATION d/b/a NORFOLK
SOUTHERN RAILWAY
COMPANY

/s/Agnis C. Chakravorty

Agnis Chakravorty (VSB # 30225)
WOODS ROGERS PLC
Wachovia Tower
10 South Jefferson Street
P.O. Box 14125
Roanoke, Va 24038-4125
(540) 983-7727
(540) 983-7711 (fax)
achakrav@woodsrogers.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> E. Stanley Murphy, Esq.
> Moody Law Firm, Inc.
> 500 Crawford Street, Suite 300
> Portsmouth, VA 23704

and by regular mail to the following:

> Charles A. Collins
> CHARLES A. COLLINS, P.A.
> 410 Labor & Professional Center
> 411 Main Street
> St. Paul, Minnesota 55102
>
> Jeff R. Dingwall
> Law Office of Jeff R. Dingwall
> 750 West Fir Street, Suite 504
> San Diego, California 92101

who are counsel for the Plaintiff.

/s/    Agnis C. Chakravorty