CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 6 2012

JULIA C. DUDLEY, CLERK
BY: /s/ AMooce
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEFFREY S. EAST, | ) |
| | ) Civil Action No. 7:12CV00137 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER OF DISMISSAL** |
| | ) |
| NORFOLK SOUTHERN CORPORATION | ) |
| d/b/a NORFOLK SOUTHERN RAILWAY, | ) By:   Hon. Glen E. Conrad |
| | )       Chief United States District Judge |
| Defendant. | ) |

The court has before it the plaintiff's stipulation of dismissal, filed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

It is accordingly

**ADJUDGED and ORDERED**

that the above-styled matter shall be, and it hereby is, **DISMISSED** without prejudice and stricken from the active docket of this court.

The clerk is directed to send a certified copy of this order to all counsel of record.

Enter this 24th day of September, 2012.

_____
Chief United States District Judge